```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 08777
   IRIS S MONTGOMERY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5271


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/24/2006 and was confirmed 10/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 12/21/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
ARONSON FURNITURE         SECURED           2590.00      180.36         29.53
ARONSON FURNITURE         UNSECURED          287.79         .00         28.78
CITIFINANCIAL             SECURED NOT I         .00         .00           .00
CITIFINANCIAL             UNSECURED      NOT FILED         .00           .00
COUNTRYWIDE HOME LOANS I  CURRENT MORTG       .00         .00           .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG       .00         .00           .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE    670.85         .00         670.85
WFS FINANCIAL             SECURED VEHIC  22171.34     1757.85         642.24
ALEXIAN BROS MEDICAL CEN  UNSECURED        200.00         .00          20.00
CAPITAL ONE               UNSECURED       2251.32         .00         225.13
B-REAL LLC                UNSECURED        284.86         .00          28.49
COMCAST                   UNSECURED      NOT FILED        .00           .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED        .00           .00
CRED PROTECTION ASSOCIAT  UNSECURED      NOT FILED        .00           .00
EASTERN ILLINOIS UNIVERS  UNSECURED      NOT FILED        .00           .00
FIRST REVENUE ASSURANCE   UNSECURED      NOT FILED        .00           .00
ECAST SETTLEMENT CORP     UNSECURED        666.95         .00          66.70
GREAT AMERICAN FINANCE    UNSECURED        116.52         .00          11.65
GUARDIAN PROTECITON SERV  UNSECURED      NOT FILED        .00           .00
ECAST SETTLEMENT CORP     UNSECURED       8236.94         .00         823.69
HOUSEHOLD AUTO FINANCE    UNSECURED      NOT FILED        .00           .00
ECAST SETTLEMENT CORP     UNSECURED        634.46         .00          63.45
NICOR GAS                 UNSECURED      NOT FILED        .00           .00
PARK PLACE                UNSECURED      NOT FILED        .00           .00
PEOPLES GAS & LIGHT       UNSECURED        569.16         .00          56.92
SURETY FINANCIAL SERVICE  UNSECURED      NOT FILED        .00           .00
TCS                       UNSECURED      NOT FILED        .00           .00
T-MOBILE USA              UNSECURED        687.27         .00          68.73
RESURGENT CAPITAL SERVIC  UNSECURED        921.40         .00          92.14
WORLD FINANCIAL NETWORK   UNSECURED        403.89         .00          40.39
WELLS FARGO BANK          NOTICE ONLY    NOT FILED        .00           .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE       .00         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08777 IRIS S MONTGOMERY
```

```
GAFCO                      NOTICE ONLY   NOT FILED              .00            .00
S COOPER & ASSOCIATES      UNSECURED     NOT FILED              .00            .00
US CELLULAR                UNSECURED     NOT FILED              .00            .00
GREAT AMERICAN FINANCE     SECURED          800.00             9.96         800.00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT    324.00              .00         324.00
ILLINOIS DEPARTMENT OF R   PRIORITY        2345.59              .00        2345.59
ILLINOIS DEPARTMENT OF R   UNSECURED           .00              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,500.00                        2,500.00
TOM VAUGHN                 TRUSTEE                                          682.22
DEBTOR REFUND              REFUND                                         2,881.83

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE              14,350.50

PRIORITY                                       2,669.59
SECURED                                        2,142.62
    INTEREST                                   1,948.17
UNSECURED                                      1,526.07
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             682.22
DEBTOR REFUND                                  2,881.83
                     ---------------      ---------------
TOTALS               14,350.50                14,350.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/25/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
          CASE NO. 06 B 08777 IRIS S MONTGOMERY